UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 37698
  GUNTER HAAG
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
      Debtor
  SSN XXX-XX-6133
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/15/05 and confirmed on 10/28/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  51660.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11434.25 | .00 | 5606.44 |
| FIA CARD SERVICES | UNSECURED | 6801.77 | .00 | 3335.04 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4996.52 | .00 | 2449.89 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11778.45 | .00 | 5775.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 26461.59 | .00 | 12974.63 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10075.07 | .00 | 4940.00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | 14317.05 | .00 | 7019.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11424.60 | .00 | 5601.70 |

             Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 97289.30 | .00 | 97289.30 |
| PRINCIPAL PAID | .00 | .00 | 47702.83 | .00 | 47702.83 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 47702.83 | .00 | 47702.83 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $   1000.00   direct and $   1700.00   through the plan.

The Trustee received $   2257.17 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/16/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 37698 GUNTER HAAG